## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '21 MJ03253 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Douglas Grant GALUS, | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) Bringing in Unlawful Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about August 8, 2021, within the Southern District of California, Defendant, Douglas Grant GALUS, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, L.R.M. and F.R.G., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th of August 2021.

_____
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that L.R.M. and F.R.G., are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 8, 2021, at approximately 4:25 A.M., Douglas Grant GALUS (Defendant), a citizen of the United States (U.S.), made application for admission to the U.S., from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 2014 Honda Accord. Upon inspection before a CBP Officer, Defendant presented a California Driver License not belonging to him, stated he was in Tijuana, Mexico dropping someone off at the airport, and had nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's trunk and discovered two individuals concealed within. The CBP Officer requested for assistance and responding officers escorted the Defendant to the security office for further inspection. Both individuals were removed from the trunk and escorted to the security office. Responding officers drove the vehicle to the vehicle secondary lot for further inspection.

The two individuals were later identified as L.R.M. (Material Witness 1), and F.R.G. (Material Witness 2), both minors and citizens of Mexico without legal documents to enter the United States, and now held as Material Witnesses.

At approximately 7:29 A.M, Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted he went to Mexico for the sole purpose of picking up two individuals to smuggle them into the United States. Defendant stated he owed an individual $7,500 U.S., dollars and agreed to smuggle individuals into the United States as a form of payment and because he was threatened. Defendant stated upon successful entry, he would drop off the individuals in San Ysidro, California.

During a video-recorded interview, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. Material Witness 1 stated he was going to Los Angeles, California to work and was going to pay $15,000 US dollars upon successful entry. Material Witness 2 stated he was going to Santa Rosa, California to work and was going to pay an unknown amount of money upon successful entry. Material Witnesses were presented with a photographic lineup and were unable to identify the Defendant.